## FERST'S SONS & COMPANY *v.* BOWEN *et al.*

LUMPKIN, P. J.   This case, upon its facts, is controlled by the decision of this court in *Whiddon* v. *Williams Lumber Company*, 98 *Ga.* 700.

*Judgment affirmed.   All the Justices concurring.*

Argued October 23,—Decided November 30, 1897.

Action of trespass.   Before Judge Smith.   Wilcox superior court.   March term, 1897.

*Cutts & Lawson*, for plaintiffs.
*J. H. Martin* and *E. H. Williams*, for defendants.